IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Sandra Jean Tinner, Debtor                     Case No. 20-13048
                                                        CHAPTER 13

# NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before April 24, 2023 (30 days), you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: March 24, 2023        Signature:  /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        Jennifer Ann Curry Calvillo (MSBN 104367)
                                        The Rollins Law Firm, PLLC
                                        P.O. Box 13767
                                        Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORHTERN DISTRICT OF MISSISSIPPI

IN RE:   Sandra Jean Tinner, Debtor                Case No. 20-13048
                                                   CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 10/26/2020 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. That debtor has experienced a change in income and expenses as provided in the supplemental schedules I (Dk# 36) and J (Dk# 37).
3. Debtor wishes for the following changes to be made to their bankruptcy:
   a. The plan payment should be reduced to the higher of:
      i. $410 per month, or
      ii. a higher amount if necessary to pay the liquidation amount of $18,348.00 to unsecured creditors.
4. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on March 24, 2023, to:

By Electronic CM/ECF Notice:

    Locke D. Barkley

    U.S. Trustee

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-13048 |
|---|---|
| SANDRA JEAN TINNER | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/24/2023, I did cause a copy of the following documents, described below,

30 Day Notice and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/24/2023

/s/ Thomas C. Rollins, Jr
Thomas C. Rollins, Jr  103469

The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS  39236
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

SANDRA JEAN TINNER

CASE NO: 20-13048

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/24/2023, a copy of the following documents, described below,

30 Day Notice and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/24/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS  39236

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05371<br>CASE 20-13048-JDW<br>NORTHERN DISTRICT OF MISSISSIPPI<br>ABERDEEN<br>FRI MAR 24 11-44-23 CDT 202 | AESPHEAA<br>1112 7TH AVE<br>MONROE WI 53566-1364 | ABILITY RECOVERY SVC<br>PO BOX 4031<br>WYOMING PA 18644-0031 |
| (P)ACCOUNT RESOLUTION TEAM<br>ATTN RACHAEL WILLIAMS<br>PO BOX 1503<br>MORRISTOWN TN 37816-1503 | ALLERGY ASHMA IMMUNOLO<br>6401 POLPAR AVE<br>SUITE 300<br>MEMPHIS TN 38119-4810 | AMERIMARK<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| AMERIMARK PREMIER<br>PO BOX 2845<br>MONROE WI 53566-8045 | BAPTIST MEMORIAL HOSPITAL NORTH MS<br>PO BOX 1567<br>PARIS TN 38242-1567 | BAPTIST<br>PO BOX 23090<br>JACKSON MS 39225-3090 |
| LOCKE D BARKLEY<br>6360 I55 NORTH<br>SUITE 140<br>JACKSON MS 39211-2038 | (P)CBC<br>PO BOX 5067<br>KINGSPORT TN 37663-0067 | CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 |
| CAPITAL ONE BANK (USA) NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE NA<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CEDAR HILL NATIONAL BA<br>PO BOX 37902<br>CHARLOTTE NC 28237-7902 |
| CEDAR HILL NATL BANK<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | CLARKSDALE PHYSICAL TH<br>126 DESOTO AVE<br>CLARKSDALE MS 38614-4420 | COMENITY BANKKINGSIZE<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 |
| COMENITYBANK<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 | DR LEONARDS<br>100 NIXON LN<br>EDISON NJ 08837-3804 |
| DR LEONARDS SHOP NOW<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD MN 56303-0820 | (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| FIRST NATIONAL BANK OF<br>PO BOX 2340<br>OMAHA NE 68103-2340 | FST SECUR BK<br>295 HWY 6 WEST<br>BATESVILLE MS 38606-2557 | GULFCO OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
(P)HALSTED FINANCIAL SERVICES   LLC      (P)MOHELA                                MS EMERGENCY PHYS SVCS
PO BOX 828                               CLAIMS DEPARTMENT                        150 REYNOIR ST
SKOKIE IL 60076-0828                     633 SPIRIT DRIVE                         BILOXI MS 39530-4130
                                         CHESTERFIELD MO 63005-1243


MS PHYSICIANS LLP                        (P)DSNB MACY S                           MARK CARTER JR
4350 FOWLER ST                           CITIBANK                                 160 SCHOOL ST
STE 15                                   1000 TECHNOLOGY DRIVE MS 777             CLARKSDALE MS 38614-4118
FORT MYERS FL 33901-2616                 O FALLON MO 63368-2222


MASSEYS                                  MIDNIGHT VELVET                          MONTGOMERY WARD
CO CREDITORS BANKRUPTCY SERVICE          1112 7TH AVE                             3650 MILWAUKEE
PO BOX 800849                            MONROE WI 53566-1364                     MADISON WI 53714-2304
DALLAS TX 75380-0849


MONTGOMERY WARD                          NORTHWEST MISSISSIPPI REGIONAL MEDICAL   NAVIENT
CO CREDITORS BANKRUPTCY SERVICE          CENTE                                    PO BOX 3229
PO BOX 800849                            PO BOX 5067                              WILMINGTON DE 19804-0229
DALLAS TX 75380-0849                     KINGSPORT TN 37663-0067


NORTHWEST MS MEDICAL C                   OXFORD DIAGNOSTIC CENTER                 (P)PORTFOLIO RECOVERY ASSOCIATES LLC
1970 HOSPITAL DR                         PO BOX 1567                              PO BOX 41067
CLARKSDALE MS 38614-7202                 PARIS TN 38242-1567                      NORFOLK VA 23541-1067


PROFESSIONAL ACCOUNT S                   QUANTUM3 GROUP LLC AS AGENT FOR          QUANTUM3 GROUP LLC AS AGENT FOR
PO BOX 188                               SADINO FUNDING LLC                       BLUESTEM AND SCUSA
BRENTWOOD TN 37024-0188                  PO BOX 788                               PO BOX 788
                                         KIRKLAND WA 98083-0788                   KIRKLAND WA  98083-0788


QUANTUM3 GROUP LLC AS AGENT FOR          THOMAS C ROLLINS JR                      SALLIE MAE
COMENITY BANK                            THE ROLLINS LAW FIRM PLLC                PO BOX 3319
PO BOX 788                               PO BOX 13767                             WILMINGTON DE 19804-4319
KIRKLAND WA  98083-0788                  JACKSON MS 39236-3767


SEVENTH AVENUE                           STONEBERRY                               STONEBERRY
CO CREDITORS BANKRUPTCY SERVICE          PO BOX 2820                              CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849                            MONROE WI 53566-8020                     PO BOX 800849
DALLAS TX 75380-0849                                                              DALLAS TX 75380-0849


SYNCHRONY BANK                           SYNCHRONY BANK                           SYNCHRONY BANK
PO BOX 105972                            PO BOX 956005                            PO BOX 965015
ATLANTA GA 30348-5972                    ORLANDO FL 32896-0001                    ORLANDO FL 32896-5015
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

SYNCHRONY BANK  
CO PRA RECEIVABLES MANAGEMENT LLC  
PO BOX 41021  
NORFOLK VA 23541-1021

TANNEHILL CAREMEMEN  
829 N LEMAR BLVD  
OXFORD MS 38655-2845

TANNEHILL CARMEAN   MC  
829 N LAMAR BLVD STE 1  
OXFORD MS 38655-2858

THE BUREAUS INCSYNCHRONY BANK  
CO PRA RECEIVABLES MANAGEMENT LLC  
P O BOX 41021  
NORFOLK VA 23541-1021

DEBTOR  
SANDRA JEAN TINNER  
160 SCHOOL ST  
CLARKSDALE MS 38614-4118

TOWER LOAN  
PO BOX 320093  
FLOWOOD MS 39232-0093

U S DEPARTMENT OF EDUCATION  
IN CARE OF U S ATTORNEY  
900   JEFFERSON AVENUE  
OXFORD MS 38655-3608

~~EXCLUDE~~  
~~U S TRUSTEE~~  
~~501 EAST COURT STREET SUITE 6430~~  
~~JACKSON MS 39201-5022~~

UNITED COLLECTION BURE  
PO BOX 140190  
TOLEDO OH 43614-0190